UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUESSETTS

CASE NO.:

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

        Plaintiff,

v.

GORMAN ASSOCIATES LLC DBA GOLFLIFEREALESTATE.COM,

        Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC. by and through its undersigned counsel, brings this Complaint against Defendant GORMAN ASSOCIATES LLC DBA GOLFLIFEREALESTATE.COM for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1.    Plaintiff AFFORDABLE AERIAL PHOTOGRAPHY, INC. ("AAP"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute AAP's original copyrighted works of authorship.

2.    AAP provides high-end real estate photography services to real estate brokers in South Florida.

3.    Robert Stevens is AAP's principal photographer and its founder. Mr. Stevens' work is sought after by real estate professionals throughout South Florida. Stevens has

photographed some of the most expensive real estate listings in U.S. history, including Donald Trump's mega-mansion in Palm Beach listed for $125 million. From Palm Beach to California, the Bahamas and New York, Stevens has been contracted to photograph the estates of Madonna, Celine Dion, Don King, Greg Norman, Rod Stewart, Ivana Trump, James Patterson, Alexander Haig, Ann Downey, Frank McKinney, Bill Gates, Tommy Lee Jones, Bryant Gumble and Chris Evert.

4. Defendant GORMAN ASSOCIATES LLC DBA GOLFLIFEREALESTATE.COM ("GLRE") is a real estate service that connects potential buyers with finding real estate in gated communities with golfing opportunities.

5. AAP alleges that GLRE copied AAP's copyrighted Work from the internet in order to advertise, market and promote its business activities. GLRE committed the violations alleged in connection with GLRE's business for purposes of advertising and promoting sales to the public in the course and scope of the GLRE's business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in Massachusetts.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

**DEFENDANT**

10. Gorman Associates LLC dba GolfLifeRealEstate.com is a Massachusetts limited liability company, with its principal place of business at 90 Milton Street, Dedham, MA 02026, and can be served by serving its Registered Agent, Mr. Thomas E. Gorman, 107 Chute Road, Dedham, MA 02026.

**THE COPYRIGHTED WORK AT ISSUE**

11. In 2012, AAP created a photograph entitled "StockImageDepotPhotos2012," which is shown below and referred to herein as the "Work".



12. At the time AAP created the Work, AAP applied copyright management information to the Work consisting of "© Robert Stevens" in the lower left corner.

13. AAP registered the Work with the Register of Copyrights on August 2, 2013 and was assigned the registration number VA 1-947-095. The Certificate of Registration is attached hereto as Exhibit 1.

14. At all relevant times AAP was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY DEFENDANT**

15. GLRE has never been licensed to use the Work at issue in this action for any purpose.

16. On a date after the Work at issue in this action was created, but prior to the filing of this action, GLRE copied the Work.

17. GLRE copied AAP's copyrighted Work without AAP's permission.

18. After GLRE copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its business of connecting real estate purchasers with real estate agents.

19. GLRE copied and distributed AAP's copyrighted Work in connection with GLRE's business for purposes of advertising and promoting GLRE's business, and in the course and scope of advertising and selling products and services.

20. AAP's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. GLRE committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. AAP never gave GLRE permission or authority to copy, distribute or display the Work at issue in this case.

23. AAP notified GLRE of the allegations set forth herein on April 26, 2019 and June 14, 2019. To date, GLRE has failed to respond to Plaintiff's Notices. Copies of the Notices to GLRE are attached hereto as Exhibit 3.

24. When GLRE copied and displayed the Work at issue in this case, GLRE removed AAP's copyright management information from the Work.

**SRIPLAW**
21301 POWERLINE ROAD, SUITE 100, BOCA RATON, FLORIDA 33433

25. AAP never gave GLRE permission or authority to remove copyright management information from the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

26. Plaintiff incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. AAP owns a valid copyright in the Work at issue in this case.

28. AAP registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29. GLRE copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without AAP's authorization in violation of 17 U.S.C. § 501.

30. GLRE performed the acts alleged in the course and scope of its business activities.

31. GLRE's acts were willful.

32. AAP has been damaged.

33. The harm caused to AAP has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

34. Plaintiff incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

35. The Work at issue in this case contains copyright management information ("CMI").

36. GLRE knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

37. GLRE committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of AAP's rights in the Work at issue in this action protected under the Copyright Act.

38. GLRE caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of AAP's rights in the Work at issue in this action protected under the Copyright Act.

39. AAP has been damaged.

40. The harm caused to AAP has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Gorman Associates LLC dba GolfLifeRealEstate.com that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203.

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon; and

d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: July 9, 2020                     Respectfully submitted,

                                        */s/ Tammy F. Bouchard Baker*
                                        TAMMY F. BOUCHARD BAKER
                                        tammy@bouchardbaker.com

                                        **BOUCHARD BAKER, P.C.**
                                        120 North Main Street
                                        Suite 204
                                        Attleboro, MA  02703
                                        508.222.0408 – Telephone
                                        401.588.1833 – Facsimile

                                        JOEL B. ROTHMAN
                                        joel.rothman@sriplaw.com

                                        **SRIPLAW**
                                        21301 Powerline Road
                                        Suite 100
                                        Boca Raton, FL  33433
                                        561.404.4350 – Telephone
                                        561.404.4353 – Facsimile

                                        *Attorneys for Plaintiff Affordable Aerial Photography, Inc.*