# Exhibit 3



Ana P. Moretto
Associate Attorney
Direct: 561.990.2474
ana.moretto@sriplaw.com

April 26, 2019

**VIA FEDEX and E-MAIL: teetalktom@aol.com**
Mr. Thomas E. Gorman
Gorman Associates LLC dba Golf Life Real Estate
90 Milton Street
Dedham, MA 02026

**Re:   Affordable Aerial Photography, Inc. v. Gorman Associates LLC dba Golf Life Real Estate
         Our File No.  00022-0063**

Dear Mr. Gorman,

We write on behalf of our client, Affordable Aerial Photography, Inc., for purposes of resolving a case of copyright infringement against you.  This demand is privileged from disclosure pursuant to Federal Rule of Evidence 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim.

*Affordable Aerial Photography, Inc. ("AAP")*
Robert Stevens is a high-end real estate photographer who makes his living photographing million dollar homes for real estate agents.  Stevens is an employee of his company, AAP, which provides photo shoots to a client's specifications.  Stevens is self-taught, but his photographs rival those taken by photographers who charge thousands more.  AAP licenses its photos to agents pursuant to a written license.  The license is granted only to the agent for whom the photos were taken.

AAP retains all copyrights to its photographs.  AAP licenses its copyrighted works, such as the one in this case, for commercial use.

In 2012, AAP created an image entitled "Lost Tree Village golf a 2012 AAP.jpg," hereinafter referred to as the "Work."

The Work at issue is shown below.  At the time the Work was created, AAP applied copyright management information to the image.

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Mr. Thomas E. Gorman
Gorman Associates LLC dba Golf Life Real Estate
April 26, 2019
Page 2



AAP registered the Work with the Register of Copyrights on July 23, 2015, and was assigned the registration number VA 1-967-114, a copy of which is enclosed.

*Infringement by Gorman Associates LLC dba Golf Life Real Estate ("GLRE")*
The infringement at issue was identified on March 26, 2019.  We have enclosed contemporaneous evidence of the infringement by GLRE.  In addition to the infringement, AAP's photograph was very obviously cropped as shown on the attached.

You have employed our client's Work in at least the manner indicated in the evidence attached.  Your unauthorized use commenced on at least the date indicated above.  You are fully aware that the Work you used is our client's Work.  No one from your company ever sought a license from our client to use the Work for any purpose.

You have copied, displayed, and distributed our client's Work without permission, license or consent.  The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and the Copyright Act.  The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation.  This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's Work.  Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's Work, please provide us with this evidence so

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Mr. Thomas E. Gorman
Gorman Associates LLC dba Golf Life Real Estate
April 26, 2019
Page 3

we may avoid further controversy or litigation.  Otherwise, we will be forced to assume that your use violated the law.

*Damages*

Copyright law provides several different elements of compensation to AAP when a work is infringed or altered.  Section 504 of the Copyright Act permits AAP to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed if the registration predated the infringement.  AAP can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales.  AAP's photographs are of the highest quality.  AAP's photographs are also scarce since it is one of the only sources of such quality photographs.

AAP's damages are not limited to what it would have agreed to license the Work for prior to the infringement.  Rather, AAP's actual damages will be measured by the fair market value of the photograph considering GLRE's use to sell and promote its business.  AAP's actual damages must be measured in light of GLRE's use of AAP's high quality and unique Work.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement.  *See, e.g.*, *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001).  The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs.  *See Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016).  In addition, AAP can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Act permits AAP to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages."  Therefore, AAP will also be entitled to GLRE's profits from the infringement, based upon the revenue GLRE earned in connection with the use of AAP's Work.

Alternatively, AAP could seek statutory damages for infringement in an amount of up to $30,000 per work infringed if the registration predated the infringement.  There is also the possibility that a judge or jury could determine that GLRE's infringement was willful.

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Mr. Thomas E. Gorman
Gorman Associates LLC dba Golf Life Real Estate
April 26, 2019
Page 4

If GLRE's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

There is also the issue of the removal of AAP's copyright management information. Section 1203(c)(3)(B) of the Digital Millennium Copyright Act permits AAP to recover statutory damages of not less than $2,500 or more than $25,000 per violation of the prohibition against alteration or removal of copyright management information contained in section 1202. Based upon GLRE's removal of AAP's copyright management information, AAP will seek the maximum statutory damages of $25,000 per photograph against GLRE for this violation.

*Demand*

In order to determine how to proceed, please provide us with information and documents showing:

1.  the full nature and extent of the use of our client's Work, in any and all formats;

2.  representative copies in any and all tangible form and media in which our client's Work was incorporated or employed; and

3.  the source of the Work.

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers. If we do not receive a response from you or a representative by May 13, 2019, we will take further steps to protect our client's rights. We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Ana P. Moretto

APM/jcj
Enclosures

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-967-114**
Effective Date of Registration:
July 23, 2015

## Title

**Title of Work:** Group Registration Photos, Selected 2012 Photographs Including Bears Club, Excelsior, Jupiter Island, Lost Tree Village, Ritz Carlton and Others A, published Jan. 6, 2012 to Dec. 22, 2012; 80 photos

**Content Title:** Jupiter Lighthouse sunshine 2012 AAP, Jan. 6, 2012; Carlyle Tequesta aerial A 2012 AAP, Jan. 6, 2012; Downtown at the Gardens night 2012 AAP, Feb. 1, 2012; Marina Grande Singer Is pano 2012 AAP, Feb. 29, 2012; Tiara Singer Island a 2012 AAP, Feb. 29, 2012; Lost Tree Village golf a, Mar. 10, 2012; Excelsior Boca Raton aerial a 2012 AAP, Mar. 17, 2012; Aegean Boca Raton aerial a 2012 AAP, Mar. 17, 2012; Athena Boca Raton aerial a 2012 AAP, Mar. 17, 2012; Ocean Club Boca Raton aerial a 2012 AAP, Mar. 17, 2012; San Remo Boca Raton aerial a 2012 AAP, Mar. 17, 2012; Admiral's Walk Boca Raton aerial a 2012 AAP, Mar. 17, 2012; Dalton Place Highland Beach aerial 2012 AAP, Mar. 17, 2012; Trafalgar Highland Beach aerial a 2012 AAP, Mar. 17, 2012; Clarendon Highland Beach aerial a 2012 AAP, Mar. 17, 2012; 1920 S Ocean Blvd night loggia 2012 AAP, 2012; Marina Gardens PB Gardens aerial 2012 AAP, Mar. 26, 2012; Singer Island aerial pano a 2012 AAP, Mar. 26, 2012; Cote De La Mer aerial z 2012 AAP, Mar. 26, 2012; Town of Ocean Ridge sign a 2012 AAP, Apr. 24, 2012; Mariah off Singer Island 2012 AAP, May 27, 2012; Marina Gardens pool aerial 2012 AAP, Jun. 3, 2012; River Ridge Tequesta playground 2012 AAP, Jun. 18, 2012; River Ridge Tequesta tennis 2012 AAP, Jun. 18, 2012; River Ridge Tequesta entrance 2012 AAP, Jun. 18, 2012;

Clematis West Palm by Night 2012 AAP, Jun. 26, 2012; Marina at the Bluffs aerial a 2012 AAP, Jun. 28, 2012; 176 Bears Club Dr night pool A 2012 AAP, Jun. 28, 2012; Villas on the Ocean Singer Island 2012 AAP, Jul. 10, 2012; Parasailing PB County 2012 AAP, Jul. 10, 2012; Marina Grande with boat 2012 AAP, Jul. 29, 2012; Martinique Singer Island sailboats 2012 AAP, Jul. 29, 2012; Ritz Carlton Singer Island sailboats 2012 AAP, Jul. 29, 2012; Seawinds of Singer Island a 2012 AAP, Jul. 29, 2012; Ritz Singer Island Theater AAP 2012, Aug. 2, 2012; 177 Queens Lane aerial 2012 AAP, Aug. 14, 2012; 550 S Ocean Blvd pool a 2012 AAP, Aug. 19, 2012; 12215 Tillinghast Cir hall 2012 AAP, Aug. 29, 2012; 3221 Winding Way night front 2012 AAP, Aug. 31, 2012; Excelsior Boca Raton aerial c 2012 AAP, Sept. 3, 2012; Excelsior Boca Raton aerial b 2012 AAP, Sept. 3, 2012; 210 Sunset Dr WPB entrance 2012 AAP, Sept. 4, 2012; Marina Grande tennis a 2012 AAP, Sept. 24, 2012; Marina Grande tennis b 2012 AAP, Sept. 24, 2012; Marina Grande card room 2012 AAP, Sept. 24, 2012; Marina Grande pool 2012 AAP, Sept. 24, 2012; Slade Building West Palm pool a 2012 AAP, Sept. 28, 2012; Slade Building West Palm lobby a 2012 AAP, Sept. 28, 2012; Boating in Boca Raton b 2012 AAP, Sept. 30, 2012; Boating in Boca Raton a 2012 AAP, Sept. 30, 2012; 200 East Building Boca Raton aerial 2012 AAP, Sept. 30, 2012; Biltmore and WPB

Skyline aerial 2012 AAP, Oct. 6, 2012;

Sailfish Point aerial pano a 2012 AAP, Oct. 31, 2012; Pelican Resort Villas Hutchinson insert 2012 AAP, Oct. 31, 2012; Sailfish Point aerial pano b 2012 AAP, Oct. 31, 2012; Sailfish Point aerial pano c 2012 AAP, Oct. 31, 2012; Sea Oat of Juno Beach aerial a 2012 AAP, Oct. 31, 2012; 11147 Old Harbour Rd pool night 2012 AAP, Nov. 2, 2012; Ritz Carlton Singer lobby C 2012 AAP, Nov. 5, 2012; Blue Heron II and Jupiter Lighthouse 2012 AAP, Nov. 9, 2012; 2770 Building Palm Beach aerial a 2012 AAP, Nov. 25, 2012; Downtown West Palm Beach sunset pano 2012 AAP, Nov. 25, 2012; 2770 Building Palm Beach lobby 2012 AAP, Nov. 26, 2012; 2770 Building Palm Beach pool b 2012 AAP, Nov. 26, 2012; 2770 Building Palm Beach pool a 2012 AAP, Nov. 26, 2012; 2770 Building Palm Beach billiard room 2012 AAP, Nov. 26, 2012; 2770 Building Palm Beach fitness room 2012 AAP, Nov. 26, 2012; Loxahatchee Club entrance sign at night 2012 AAP, Nov. 30, 2012; 477 South Beach Rd aerial a 2012 AAP, Dec. 5, 2012; 23 N Beach Rd Jupiter Island aerial 2012 AAP, Dec. 5, 2012; Loxahatchee River aerial 2012 AAP, Dec. 5, 2012; Admirals Cove Enterance 2012 AAP, Dec. 6, 2012; Sea Oats Juno front sign 2012 AAP, Dec. 14, 2012; Jupiter Island Church B 2012 AAP, Dec. 15, 2012; Jupiter Island Church A 2012 AAP, Dec. 15, 2012; Jupiter Island Church C 2012 AAP, Dec. 15, 2012; Lost Tree Clubhouse A 2012 AAP, Dec. 15, 2012; Village of Golf aerial a 2012 AAP, Dec. 22, 2012; Royal Poinciana Chapel Fountains 2012 AAP, Dec. 22, 2012; Palm Beach Kapok Tree at night 2012 AAP, Dec. 22, 2012;

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2012 |
| Date of 1st Publication: | January 06, 2012 |
| Nation of 1st Publication: | United States |

## Author

- | | |
  |---|---|
  | Author: | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
  | Author Created: | photograph |
  | Work made for hire: | Yes |
  | Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | AFFORDABLE AERIAL PHOTOGRAPHY, INC.<br>1123 Melinda Ln, Haverhill, FL, 3417 |

## Certification

| | |
|---|---|
| Name: | Robert Stevens |
| Date: | July 22, 2015 |

| | |
|---|---|
| Copyright Office notes: | Basis for Registration: Registered as a group of published phtotographs |

Page 2 of 2

# THE GOLF WIRE

HOME | BUSINESS | COURSES | EQUIPMENT | LIFE & STYLE | MEDIA | PEOPLE | CALENDAR

FEBRUARY 14, 2019

## Lawsuit Delays Launch of Golf Life Real Estate

Golf Life Real Estate (www.golfliferealestate.com), a state-of-the-art, golf lifestyle real estate marketing company dedicated to exceptional customer service assisting future home owners in purchasing property in gated, golf communities, has delayed its launch date due to unexpected circumstances.

Golf Life Real Estate (GLRE) was expected to open for business on February 1, 2019, featuring a variety of real estate services for golf-centric real estate buyers, sellers, investors, renters and real estate professionals.

However, as its launch date neared, Golf Life Real Estate, LLC was targeted with a frivolous civil lawsuit by Florida-based attorneys representing Golf Coast Magazine, Inc.  In short, the little-known southwestern Florida golf publication threatened to financially harm GLRE and its brand perception through an allegation of copyright infringement.

In response to the pending lawsuit initiated by Golf Coast Magazine, Board Members of Golf Life Real Estate, LLC issued the following joint statement:

"We recognize obstacles when launching a start-up company. The team at Golf Life Real Estate has been hard at work for many months preparing to launch a one-of-a-kind national real estate company focusing exclusively on golf lifestyle," Golf Life Real Estate, LLC Board Members said in a joint statement released from their Boston, Massachusetts headquarters.

"Our innovative Golf Lifestyle Concierge program has created a positive buzz from real estate agents who specialize in selling real estate in gated, golf communities and who are ready, willing and able to work with our company.

"As we prepped for launch, it was quite a shock to receive a letter from a Florida-based personal injury lawyer, accusing GLRE of copyright infringement and demanding payment on behalf of their client, Golf Coast Magazine.

"While we feel the accusations are without merit and frivolous in nature, the general practice in these kind of copyright cases is to request a takedown, especially considering the content of interest holds no creative/ideation value and is not protected by U.S. Copyright laws (e.g. catchwords, catchphrases, mottoes, slogans, or short advertising expressions).  "We look forward to resolving the issue as soon as possible, in or out of court."

Through its innovative golf lifestyle concierge program, streamlining the relocation process, is one of many services Golf Life Real Estate will offer. The business will also feature an exclusive golf Multiple Listing Service (MLS), Golf Life Real Investment Trust targeted for high-net worth investors, a For Sale by Owner ("FSBO") category; listings via independent real estate agents; golf courses for sale; short-term rentals targeting "snowbirds" and event travelers (e.g. Ryder Cup); and a treasure trove of content related to the golf lifestyle.

GLRE is a registered real estate broker of record in four states – Florida, Arizona, South Carolina and Massachusetts.

### About Golf Life Real Estate

Golf Life Real Estate is a full-service real estate company based in Boston, MA, with offices in Florida, Arizona and South Carolina. The company combines a dedication to exceptional customer service and innovative technology to give customers better ways to find, evaluate and select golf lifestyle real estate experts to assist in the relocation process.

**Media Contact:**
Tom Gorman
Under Par Media
teetalk@aol.com
781-329-6111

Share | Tweet | Share

« GOLFBUDDY Announces New Distributor                                               GustBuster Welcomes New Sales Reps »

## SUBSCRIBE

Fields marked with a * are required.
Email *

SUBMIT

## SEARCH GOLF WIRE

## SOCIALIZE

FAQ | Privacy Policy | Turnstile Media Group © 2018, All rights reserved.

SUBSCRIBE | ARCHIVES



## Golf Life Real Estate nears opening day

January 18, 2019

**Countdown is on for Opening of Golf Life Real Estate**

After months of diligent planning and development, Golf Life Real Estate (www.golfliferealestate.com), a full-service golf lifestyle and real estate company, will be open for business on January 21, offering a new world of transformative real estate experiences for "Baby Boomers" and other high-net worth individuals seeking to purchase property located in gated golf communities in Florida, Arizona, South Carolina and Massachusetts.

LIVE THE GOOD LIFE.

"This is an opportune time for Golf Life Real Estate to launch and become a major player in the golf lifestyle and real estate relocation business," said CEO Paul Daly. "Our team of real estate and technology professionals are unmatched in experience. And, our No. 1 goal is to deliver exceptional service and provide customers the best way to find, evaluate and select a golf lifestyle community that meets their individual needs and budget."

Through its innovative Golf Lifestyle Concierge program, streamlining the relocation process, is one of many services Golf Life Real Estate will offer. Each Golf Lifestyle Concierge must be qualified with at least 10 years of real estate experience in the particular golf community where they live and work.

Exciting GLRE features include:

- Multiple Listing Service (MLS)
- Golf Lifestyle Concierge Program (GLC)
- GLRE Investment Trust (GLIT)
- For Sale By Owner (FSBO)
- Golf Rental Properties for "Snowbirds"
- Golf Content
- Real Estate News
- State-of-the-art technology
- Golf Courses For Sale



**About Golf Life Real Estate**
Golf Life Real Estate is a full-service real estate company based in Boston, MA, with offices in Florida, Arizona and South Carolina. The company combines a dedication to exceptional customer service and innovative technology to give customers better ways to find, evaluate and select golf lifestyle real estate experts to assist in the relocation process.

Media Contact:
Tom Gorman
*Under Par Media*
781-329-6111

SUBSCRIBE  ARCHIVES  ABOUT US  PRIVACY  TERMS OF SERVICE
CONTACT

Copyright © 2019 - MorningRead.com

*side by side photo comparisons*





# Golf Life Real Estate nears opening day

January 18, 2019

**Countdown is on for Opening of Golf Life Real Estate**

After months of diligent planning and development, Golf Life Real Estate (www.golfliferealestate.com), a full-service golf lifestyle and real estate company, will be open for business on January 21, offering a new world of transformative real estate experiences for "Baby Boomers" and other high-net worth individuals seeking to purchase property located in gated golf communities in Florida, Arizona, South Carolina and Massachusetts.

*AAP / Robert Stevens photo*

 



*cropped*

*copyright management information removed*

"This is an opportune time for Golf Life Real Estate to launch and become a major player in the golf lifestyle and real estate relocation business," said CEO Paul Daly. "Our team of real estate and technology professionals are unmatched in experience. And, our No. 1 goal is to deliver exceptional service and provide customers the best way to find, evaluate and select a golf lifestyle community that meets their individual needs and budget."

Through its innovative Golf Lifestyle Concierge program, streamlining the relocation process, is one of many services Golf Life Real Estate will offer. Each Golf Lifestyle Concierge must be qualified with at least 10 years of real estate experience in the particular golf community where they live and work.

Exciting GLRE features include:

- Multiple Listing Service (MLS)
- Golf Lifestyle Concierge Program (GLC)
- GLRE Investment Trust (GLIT)
- For Sale By Owner (FSBO)
- Golf Rental Properties for "Snowbirds"
- Golf Content
- Real Estate News
- State-of-the-art technology
- Golf Courses For Sale



**About Golf Life Real Estate**

Golf Life Real Estate is a full-service real estate company based in Boston, MA, with offices in Florida, Arizona and South Carolina. The company combines a dedication to exceptional customer service and innovative technology to give customers better ways to find, evaluate and select golf lifestyle real estate experts to assist in the relocation process.

Media Contact:
Tom Gorman
*Under Par Media*
781-329-6111



June 14, 2019

**VIA FEDEX and EMAIL: teetalktom@aol.com**
Mr. Thomas Gorman
Gorman Associates LLC dba GolfLifeRealEstate.com
90 Milton Street
Dedham, MA 02026

Re:   Affordable Aerial Photography, Inc. v. Gorman Associates LLC dba
       GolfLifeRealEstate.com
       Our File No.:  00022-0063

Dear Mr. Gorman,

We write this follow up letter on behalf of our client Affordable Aerial Photography, Inc. for the purposes of resolving a case of copyright infringement against you by our client. This demand is privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letter dated April 26, 2019, wherein we detailed the basis of the copyright infringement claim against you, including the evidence of infringement.

We note that a review of the accused infringing webpage shows that the infringement has not been removed.  It is imperative that you respond to us.  If we do not hear from you, we will be forced to take further steps to protect our client's rights, including filing a lawsuit against you.  We also repeat our demand that you tender this claim to your insurance carrier.  We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/jcj
Enclosure