FILED
IN CLERKS OFFICE
2020 AUG 31  AM 11: 35
U.S. DISTRICT COURT
DISTRICT OF MASS.

August 27, 2020

Ms. Tammy F. Bouchard Baker, Esq.
Bouchard Baker, P.C.
120 North Main Street
Suite 204
Attleboro, MA 02703

RE:

**Affordable Aerial Photography, INC vs Golf Life Real Estate, LLC**

**Civil Action No.**

**1:20-CV-11405-ADB**

Dear Ms. Bouchard Baker:

Please be advised that I am in receipt of your "Summons in a Civil Action" and complaint initiated by a law firm based in Boca Raton, Florida - SRIPLAW - concerning an allegation of copyright infringement of Affordable Aerial Photography, INC.

As requested in the summons this is my response.

1.) If you or the Plantiff's legal representative had thoroughly researched the allegation, you would discover that Golf Life Real Estate, LLC. is a Massachusetts Domestic Limited Liability Company (LLC) established November 10, 2018. (see attached)

2.) If you continue to pursue this issue in court, the correct name and company of the Defendant is Golf Life Real Estate, LLC. The company Gorman Associates, LLC. was established in 2007 and has nothing to do with Golf Life Real Estate, LLC. Your filing documents with the United States District Court are incorrect. Golf Life Real Estate, LLC is not and never has been a DBA of Gorman Associates, LLC.

3.) Since your legal documents filed with the United States District Court are in error, I respectfully request that you withdraw the claim. I ask the court to dismiss the case.

4.) Affordable Aerial Photography, INC and its legal representative's SRIPLAW will not prove damages or be awarded injunctive relief as demanded in the complaint. Rather, when the merits of the case is decided, the allegation of copyright infringement by Golf Life Real Estate, LLC will be proven as frivolous.

5.) In response to item No. 31 - 33 in the complaint, Golf Life Real Estate, LLC did not act "willful" and AAP has not been damaged. The statement in No. 33 that "The harm caused to AAP has been irreparable" is ludicrous and reckless.

6.) Once the Plantiff properly identifies the Defendant, the facts will show that in December 2018 Golf Life Real Estate LLC hired a New Hampshire-based website designer to build a website www.golfliferealestate.com. During the process of building the website, the website designer inadvertently used a photograph in the trial-and-error mock-up phase of developing the website. The photograph was used as a sample for internal purpose's only in the design of the website.

7.) Golf Life Real Estate LLC has spent tens-of-thousands of dollars to launch as a real estate referral company that connects experienced real estate brokers with potential buyers of real estate that specialize in gated golf communities, mostly in Florida. GLRE also promotes and advertises those gated, golf communities on social media outlets.

8.) Golf Life Real Estate LLC has no employees, no income, no assets and has been dormant for over 14 months, one reason being the threat of lawsuit initiated by SRIPLAW. The case should be dismissed since it lacks merit and credibility.

Respectfully submitted,

*[signature]*

Thomas E. Gorman, Pro Se

Golf Life Real Estate, LLC.

90 Milton Street

Dedham, MA 02026

800-635-3008



**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts



# Corporations Division

## Payment Confirmation

**Date:** 11/10/2018

| | |
|---|---|
| **Confirmation date/time:** | 11/10/2018 11:58:36 AM |
| **Confirmation number:** | 06026G |
| **Invoice number:** | 08010240111377934372468 |
| **Payment ID number:** | 6270243 |
| **Transaction ID number:** | 11137793 |
| **Transaction category:** | Domestic Limited Liability Company (LLC) |
| **Transaction type:** | Certificate of Organization |
| **Entity name:** | GOLF LIFE REAL ESTATE LLC |
| **Filing fee:** | $500.00 |
| **Expedited service fee:** | $20.00 |
| **Total fee:** | $520.00 |

Your payment has been successfully processed. Your filing has been submitted and will be reviewed by the Corporations Division. If your submission is rejected for any reason, we will contact you immediately.

Note that for security reasons your payment credit card and/or bank information is processed at a secure website. The Secretary of the Commonwealth does not retain any payment information.

**E-check transactions require final approval from your bank. Such approval may take 7 to 10 business days. If the payment is returned, you will be billed for the transaction at that time.**

If you have any questions about your request, contact our office:
- phone: 617-727-9640
- email: corpinfo@sec.state.ma.us

Thomas E Gorman
90 Milton Street
Dedham, MA 02026

7018 1130 0000 8979 0293

USMS SCREENED

United States District Court
Clerk of Courts
Robert M. Farrell
1 Courthouse Way
Boston, MA 02210

U.S. POSTAGE PAID
FCM LETTER
DEDHAM, MA 02026
AUG 27, 20
AMOUNT
$4.10
R2304M112973-99